United States District Court<br>For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAMMY SWANGLER,<br><br>          Plaintiff,<br>     v.<br><br>HEARTLAND EMPLOYMENT SERVICES,<br>LLC, an Ohio limited liability company, et al.<br><br>          Defendants. | Case No.: 14-CV-2489<br><br>ORDER DIRECTING PARTIES TO FILE PLEADINGS |

The parties have failed to file the operative pleadings in this matter, as required under 28 U.S.C. § 1446.  The parties are hereby ORDERED to file the operative pleadings by <u>Tuesday, October 28, 2014, at noon</u>.

**IT IS SO ORDERED.**

Dated: October 27, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-2489
ORDER TO FILE PLEADINGS