**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAMMY SWANGLER,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>HEARTLAND EMPLOYMENT SERVICES, LLC, a Ohio limited liability company; HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC, a Florida limited liability company; IN HOME HEALTH, LLC, a Minnesota limited liability company, dba HEARTLAND HOSPICE SERVICES; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 14-CV-02489-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorney: Nina Patane
Defendant's Attorney: Arthur Eidelhoch

　　　A case management conference was held on October 29, 2014. A further case management conference is set for February 4, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by January 28, 2015.

　　　The Court will not stay discovery and will not extend case deadlines because the parties have stayed discovery without Court approval. The parties shall exchange initial disclosures by November 12, 2014.

　　　The parties shall file a joint settlement status report by January 9, 2015.

　　　The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is February 27, 2015

FACT DISCOVERY CUTOFF is May 21, 2015

EXPERT DISCOVERY:

    Opening Reports:    May 14, 2015
    Rebuttal Reports:    May 28, 2015
    Cutoff:    June 11, 2015

DISPOSITIVE MOTIONS shall be filed by June 11, 2015. Replies in support of dispositive motions shall be filed by July 2, 2015. Dispositive motions shall be set for hearing no later than July 23, 2015, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE is September 17, 2015 at 1:30 p.m.

JURY TRIAL: October 5, 2015, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: Four days

**IT IS SO ORDERED.**

Dated: October 29, 2014

*[signature: Lucy H. Koh]*

LUCY H. KOH
United States District Judge

Case No.: 14-CV-02489-LHK
CASE MANAGEMENT ORDER

2