UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAMMY SWANGLER,<br><br>        Plaintiff,<br><br>    v.<br><br>HEARTLAND EMPLOYMENT SERVICES, LLC, et al.,<br><br>        Defendants. | Case No.:14-CV-02489-LHK<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL, AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 32 |

On January 30, 2015, the parties filed a joint notice of settlement. ECF No. 32. The parties have requested 30 days to file a stipulation of dismissal.

It is hereby ordered that the parties file a stipulation of dismissal by March 2, 2015. The case management conference, currently scheduled for February 4, 2015, is continued to March 11, 2015, at 2 p.m. All other deadlines in the case schedule remain as set.

**IT IS SO ORDERED.**

Dated: January 30, 2015

                                             *Lucy H. Koh*
                          LUCY H. KOH
                          United States District Judge